**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**11/26**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**99-2719730**

**4. Debtor's address**

**Principal place of business**

**400 State Street**
**Schenectady, NY 12305**
Number, Street, City, State & ZIP Code

**Schenectady**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**https://www.sceneoneent.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first two sub-boxes. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the third sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 22, 2026**
MM / DD / YYYY

*X* **/s/ Joseph Masher**
Signature of authorized representative of debtor

**Joseph Masher**
Printed name

Title **Principal**

**18. Signature of attorney**

*X* **/s/ Michael Boyle**
Signature of attorney for debtor

Date **November 22, 2026**
MM / DD / YYYY

**Michael Boyle 519211**
Printed name

**Boyle Legal LLC**
Firm name

**64 2nd Street**
**Troy, NY 12180**
Number, Street, City, State & ZIP Code

Contact phone **518-407-3121** Email address **mike@boylebankruptcy.com**

**519211 NY**
Bar number and State

Debtor **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC** Case number (*if known*)
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **BTC Schenectady, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **BTC Theater Management, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Entertainment Parks, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Gilford, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Greenville, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Market Arcade, LLC d/b/a Scene One Market Arcade Cinemas** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One New Canaan, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Spectrum, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |
| Debtor | **Scene One Wilton, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of New York** | When | | Case number, if known | |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of New York

In re **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC** Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

■ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **65,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **450.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

**a. Preparation, review, and filing of the Chapter 11 bankruptcy petition, schedules, statements, and all other required bankruptcy documents;**
**b. Representation of the Debtor in all proceedings before the United States Bankruptcy Court;**
**c. Advising the Debtor concerning its rights, duties, and obligations under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;**
**d. Representation in connection with the administration of the bankruptcy estate, including compliance with applicable reporting and disclosure obligations;**
**e. Preparation, filing, prosecution, and defense of motions, applications, objections, contested matters, and adversary proceedings arising under, arising in, or related to the bankruptcy case;**
**f. Representation concerning claims against the Debtor or the bankruptcy estate, including the review, negotiation, and objection to proofs of claim;**
**g. Representation concerning the automatic stay, executory contracts, unexpired leases, use of cash collateral, financing, sale or disposition of estate property, and other matters arising in the bankruptcy proceeding;**
**h. Negotiation, preparation, modification, and prosecution of any Chapter 11 plan of reorganization or liquidation and associated disclosure statements or other confirmation documents;**
**i. Communications and negotiations with creditors, the Office of the United States Trustee, any appointed trustee, committees, and other parties in interest concerning the bankruptcy proceeding;**
**j. Representation in connection with confirmation, implementation, and consummation of a Chapter 11 plan,**

In re **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC** Case No. ______
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**including post-confirmation matters relating to the bankruptcy case; and**
**k. All other legal services reasonably necessary or appropriate to the representation of the Debtor in connection with its Chapter 11 bankruptcy proceeding.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Any and all non-bankruptcy related legal services.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 22, 2026**
*Date*

**/s/ Michael Boyle**
**Michael Boyle 519211**
*Signature of Attorney*
**Boyle Legal LLC**
**64 2nd Street**
**Troy, NY 12180**
**518-407-3121 Fax: 518-516-5075**
**mike@boylebankruptcy.com**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of New York

In re **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Masher**<br>**1006 Catherine Woods**<br>**Schenectady, NY 12309** | **A** | **100** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Principal** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 22, 2026**

Signature **/s/ Joseph Masher**
**Joseph Masher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC**,

Debtor

Case No.

Chapter **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**99-2719730**

## CERTIFICATION OF MAILING MATRIX

I,(we), **Michael Boyle 519211**, the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated: **November 22, 2026**

**/s/ Michael Boyle**
**Michael Boyle 519211**
Attorney for Debtor/Petitioner
(Debtor(s)/Petitioner(s))

1-2 Special Inc
Attn: President
585 West End Avenue 6F
New York, NY 10024

A Leading Man LLC/Kt Pictures
Attn: President
9 Jay Street
Tewksbury, MA 01876

A&B Lock and Security LLC
11 Main Street, Suite B
Dover, NH 03820

A24 Films, LLC
Attn: President
31 W 27th Street 11th Floor
New York, NY 10001

ABC Cleaning Services
Attn: President
1458 East Delavan Ave
Buffalo, NY 14215

Abramorama, LLC
Attn: President
450 Manville Road
Pleasantville, NY 10570

Airgas USA, LLC
Attn: President
PO Box 734445
Chicago, IL 60673-4445

Albany Fire Extinguisher, LLC
215 Watervliet Shaker Road
Watervliet, NY 12189

Albany Water Board
Attn: Billing
10 Enterprise Drive N.
Albany, NY 12204

Aldridge Pierce
Acct No UNKN
123 South Broad St, 15th Floor
Philadelphia, PA 19109

All American Waste, LLC
Acct No 7217
Attn: President
PO Box 1308
Enfield, CT 06083

All Cinema Sales & Services
Attn: President
120 Laurel Road, Suite A1
East Northport, NY 11731-1438

All Temp Services, Inc
Attn: President
714 Scarlet Street, Unit A
Grand Junction, CO 81505-9429

Allen Associates
60 Saginaw Drive
Rochester, NY 14623

Amazon MGM Studios
410 Terry Avenue North
Seattle, WA 98109

American Specialty Insurance & Risk Serv
Attn: President
7609 W. Jefferson Boulevard, Suite 100
Fort Wayne, IN 46804

Amor Media

Angel Studios Inc.
295 West Center Street
Provo, UT 84601

Anthem Bluecross
Attn: President
PO Box 11792
Newark, NJ 07101-4792

App Funding Beta, LLC
Acct No UNKN

Arthur J. Gallagher Risk Mgmt Services
Attn: President
P.O.Box 39735
Chicago, IL 60694

Atom Tickets, LLC
Attn: President
2700 Colorado Avenue
Santa Monica, CA 90404

Bea Green Cleaning

Benchmark Management Corp
Attn: President
4053 Maple Road, Suite 200
Buffalo, NY 14226

BigGreen IT
Attn: President
5701 Lonetree Blvd, Ste. 118
Rocklin, CA 95765

Bill.com, LLC
Acct No UNKN
Attn: President
6220 America Center Drive, Suite 100
Alviso, CA 95002

Black Bear Releasing LLC
Attn: President
1221 Olympic Blvd
Santa Monica, CA 90404

Bleecker Street Media LLC
116 E. 27th Street, 5th Floor
New York, NY 10016

Blue Fox Entertainment 2 LLC
155 N 400 W, Suite 400
Salt Lake City, UT 84103

Brainstorm Media
Attn: President
280 South Beverly Dr, Suite 204
Beverly Hills, CA 90212

BrawnMedia
Attn: President
427 New Karner Road, 2nd Floor, Suite 8
Albany, NY 12205

BTC Richmond LLC
Attn: President
1530 Broadway, 4th Floor
New York, NY 10036

BTP Boulevard Square LLC
Acct No 0659
Attn: President
1530 Broadway
New York, NY 10036

Capital Waste Services
Acct No 5408
Attn: President
PO Box 148
Columbia, SC 29202

Cerdant, LLC
Acct No UNKN
PO Box 3204
Dublin, OH 43016

Certified Inspection Services
Attn: President
PO Box 5933
Albany, NY 12205

ClearFund Solutions, LLC
Acct No UNKN
Attn: President
99 Wall Street, Suite 2613
New York, NY 10005

Coca-Cola Beverages Northeast, Inc
Attn: President
P.O. Box 419784
Boston, MA 02241

Daniel Dayan, Esq.
Acct No UNKN
9012 W Olympic Blvd
Beverly Hills, CA 90211-3516

David Fogel P.C.
Acct No 8830
1225 Franklin Avenue, Suite 522
Garden City, NY 11530

David Fogel P.C.
Acct No 8804
1225 Franklin Avenue, Suite 522
Garden City, NY 11530

David Fogel P.C.
Acct No 8829
1225 Franklin Avenue, Suite 522
Garden City, NY 11530

David Fogel PC
Acct No UNKN
1225 Franklin Avenue, Suite 522
Garden City, NY 11530

Deluxe Echostar LLC
2130 N. Hollywood Way
Burbank, CA 91505

Digital Cinema Distribution Coalition
Attn: President
1840 Century Park East, Suite 550
Los Angeles, CA 90067

Dover Capital LLC
Acct No UNKN
Attn: President
300 Hunter Ave, Suite 200
Saint Louis, MO 63124

Driscoll Foods
6 Westbelt
Wayne, NJ 07470

EB Employee Solutions, LLC
Attn: President
PO Box 791293
Baltimore, MD 21279-1293

Eli Bridge Company
Attn: President
800 Case Avenue
Jacksonville, IL 62650

Emick Media, LLC
Attn: President
5313 Quakertown Avenue
Woodland Hills, CA 91364

EverGreen ZeroWaste
Attn: President
0082 County Road 103
Carbondale, CO 81623

Eversource
Attn: President
PO Box 56003
Boston, MA 02205-6003

Falling Forward Films, Inc.
Attn: President
1613 Tanbark Ct
Westlake Village, CA 91361

Fandango
Attn: President
12180 Millennium Drive, 2nd Floor
Los Angeles, CA 90094

Fathom Events
Attn: President
6465 S. Greenwood Plaza Blvd, Suite 550
Englewood, CO 80111

Fidelity National Info. Services Inc.
Acct No UNKN
Attn: President
347 Riverside Ave
Jacksonville, FL 32202

Film Exhibition Services, LLC
Attn: President
8 Spruce Road
North Reading, MA 01864

First Line Advance LLC
Acct No UNKN
Attn: President
99 Wall Street, Suite 2615
New York, NY 10005

Fithian Group
Attn: President
4146 Ventura Canyon Ave.
Sherman Oaks, CA 91423

Focus Features LLC
Attn: President
100 Universal City Plaza
Universal City, CA 91608

Funding Metrics LLC dba Lendini
Acct No UNKN
Attn: President
3220 Tillman Dr. Suite 200
Bensalem, PA 19020-2028

G and G Funding Group LLC

GlacierPoint Enterprises
Attn: President
47 Steves Lane
Gardiner, NY 12525

Global Payments Inc. d/b/a WorldPay
Attn: President
3550 Lenox Road NE, Suite 3000
Atlanta, GA 30326

Gordon Food Service, Inc
Acct No 9334
Attn: President
PO BOX 2992, 1300 Gezon Parkay SW
Grand Rapids, MI 49501

Greenwich Entertainment, LLC
Attn: President
610 5th Ave
New York, NY 10020

Gregory Pest Solutions
Attn: President
PO Box 735458
Dallas, TX 75373-5458

Highland Hill Capital LLC
Acct No 8830
Attn: President
1100 Park Central Blvd S, Suite 1200
Pompano Beach, FL 33064

Highland Hill Capital LLC
Acct No 8804
Attn: President
1100 Park Central Blvd S, Suite 1200
Pompano Beach, FL 33064

Highland Hill Capital LLC
Acct No 8829
Attn: President
1100 Park Central Blvd S, Suite 1200
Pompano Beach, FL 33064

Home Market Foods Inc.
Attn: President
400 First Avenue
Needham Heights, MA 02494

Hope Runs High Inc
Attn: President
55 Wottring Mill Road
Easton, PA 18042

Iconic Events
Attn: President
2121 Avenue of the Stars, Ste 2320
Los Angeles, CA 90067

IFC Entertainment LLC
11 Penn Plaza
New York, NY 10001

Imperial Broadcasting
Attn: President
70 Remsen St.
Cohoes, NY 12047

Integrity Entertainment Systems
3010 Troy Schenectady Road
Schenectady, NY 12309

Irish Carbonic Company
Attn: President
PO Box 409
Buffalo, NY 14212-0409

IWN Distribution LLC
Attn: President
400 S Beverly Drive, Suite 240
Beverly Hills, CA 90212

Jack Roe USA Inc
Attn: President
206 South 11th Street
Nashville, TN 37206

Janus Films Company LP
Attn: President
250 East Hartsdale Ave, Suite 42
Hartsdale, NY 10530

Jason Gang, Esq.
Acct No UNKN
1245 Hewlett Plaza, #478
Hewlett, NY 11557

Jenny Echenique
1309 West Mission Blvd, Unit 10
Ontario, CA 91762

K and K Mechanic Inc.
Attn: President
435 North Pearl St
Albany, NY 12204

KBM Inc.
Attn: President
919 West Main Street
Hendersonville, TN 37075

Keter Environmental Services, LLC
Attn: President
400 Atlantic Street Suite 500
Stamford, CT 06901

Kino Lorber Incorporated
333 West 39th Street, Suite 503
New York, NY 10018

Label Rite, Inc.
Attn: President
1050 Bethlehem Pike, Ste 5
North Wales, PA 19454-1515

Lepore Law Group
Acct No UNKN
370 Lexington Avenue
New York, NY 10017

Lezra Films LLC
Attn: President
184 19th Street, Apt 1
Brooklyn, NY 11232

Liberty Utilities
Attn: President
75 Remittance Drive, Suite 1032
Chicago, IL 60675

Lions Gate Releasing LLC
2700 Colorado Avenue
Santa Monica, CA 90404

Magenta Light Studios
Attn: President
PO Box 25779
Pasadena, CA 91185-5779

Magnolia Pictures LLC
11601 Wilshire Boulevard, Suite 200
Los Angeles, CA 90025

Mars Inc.
Attn: President
3885 Elm Street
McLean, VA 22101

Meged Funding Group
Acct No 6510

Metroland Inc
Attn: President
1 Steuben Street
Albany, NY 12207

Milgram Media LLC
Attn: President
709 Governor Circle
Newtown Square, PA 19073

MisticClean, LLC
Attn: President
34 Great Plain Road
Danbury, CT 06811

Mondelez International, Inc.
Attn: President
905 West Fulton Market, Suite 200
Chicago, IL 60607

Motor Oil Coffee Company LLC
136 State Street
Albany, NY 12207

MPI Media Group
16101 108th Avenue
Orland Park, IL 60467

Munro Film Services Ltd
4 Woburn Ave
Theydon Bois, Epping CM16 7JS, UK

Music Box Films
Attn: President
3723 N Southport
Chicago, IL 60613

Napa Auto Parts
Attn: President
2999 Wildwood Pkwy
Atlanta, GA 30339

National Grid
Attn: President
PO Box 371376
Pittsburgh, PA 15250-7376

National Grid
Acct No 4152
Attn: President
PO Box 371376
Pittsburgh, PA 15250-7376

National Grid
Attn: President
300 Erie Blvd West
Syracuse, NY 13202

NBT Bank, N.A.
Attn: President
52 S. Broad Street
Norwich, NY 13815

NEON Rated, LLC
636 Broadway, Suite 1000
New York, NY 10012

Netflix, Inc.
Attn: President
5808 Sunset Boulevard
Los Angeles, CA 90028

NH Department of Revenue Administration
Attn: Division of Taxes
109 Pleasant Street
Concord, NH 03301

Niu Vision Media-CineMarketing
11 Rossini Dr
Richmond Hill, ON L4E 0R6, Canada

Northeast Pest Control, Inc
Attn: President
1160 Broadway
Albany, NY 12204

Nova Vento Entertainment
Attn: President
224 Main Street
Polson, MT 59860-5986

NuCO2
Acct No 6750
PO Box 417902
Boston, MA 02241-7902

NYS Department of Taxation and Finance
Attn: Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

NYSIF Workers' Compensation
POB 5519
Binghamton, NY 13902-5519

Obscured Releasing Inc
25 E 21 Street, 8th Floor
New York, NY 10010

Oscilloscope Pictures, Inc.
Attn: President
140 Havemeyer Street
Brooklyn, NY 11211

PALS Grease Trap Services
6 Apple Lane
Seymour, CT 06483

Paramount Pictures Corporation
Attn: President
5555 Melrose Avenue
Los Angeles, CA 90038

Park Circus, Inc
2060-D E. Avenida De Los Arboles, #369
Thousand Oaks, CA 91362

Payroll Dynamics Inc.
Attn: President
35 Arkay Dr Suite 200
Hauppauge, NY 11788

Performance Food Group
Attn: President
12500 West Creek Parkway
Henrico, VA 23238

Prime Ticket, Inc.
Acct No SPEN
Attn: President
PO Box 3697
Pawleys Island, SC 29585

Relentless Awareness
Attn: President
19 Dove Street
Albany, NY 12210

Relin, Goldstein & Crane, LLP
Acct No 1180
28 East Main St., Ste 1800
Rochester, NY 14614

Rialto Pictures LLC
Attn: President
45 E 72nd Street, #16A
New York, NY 10021

Roadside Attractions LLC
7920 Sunset Boulevard, Ste 402
Los Angeles, CA 90046

Roto Rooter Plumbing
1944 Airport Road, Suite 1
Rifle, CO 81650

Sanders Fire & Safety
Attn: President
26 Viall Avenue, PO Box 739
Clifton Park, NY 12065

Sciocchetti Taber, PLLC
Attn: President
800 Troy-Schenectady Road #102
Latham, NY 12110

Scotia Holdings, Inc
Acct No 0003
Attn: President
220 Harborside Drive
Schenectady, NY 12305

Screenvision Exhibition Inc.
Attn: President
1441 Broadway, 33rd Floor
New York, NY 10018

Seismic Releasing, LLC
Attn: President
28116 Haxton Drive
Canyon Country, CA 91351

Shenker Russo & Clark LLP
Attn: President
121 State Street, 4th Floor
Albany, NY 12207

Sony Pictures Classics Inc
25 Madison Avenue, 24th floor
New York, NY 10010

Sony Pictures Releasing Corporation
Attn: President
10202 West Washington Boulevard
Culver City, CA 90232

Soundcheck Capital
Attn: President
25 SE 2nd Avenue, Ste. 550
Miami, FL 33131

Spectrum Associates, LLC
43 1st Street
Troy, NY 12180

SRI Fire & Security
Attn: President
2392 Route 9
Mechanicville, NY 12118

Staples
Attn: President
P.O. Box 70242
Philadelphia, PA 19176-0242

State of Delaware - Div. of Corp.
PO Box 5509
Binghamton, NY 13902-5509

Still Farming, LLC
Attn: President
PO Box 506
Preston Hollow, NY 12469

Strong Technical Services, Inc.
Acct No 1180
14565 Portal Circle
Omaha, NE 68138

Sub-Genre Media Inc
344 West 49th Street, Apt PHC
New York, NY 10019

Sumerian Pictures LLC
434 Houston Street, Suite 230
Nashville, TN 37203

Swire Coca-Cola, USA
Acct No 2985
Attn: President
12634 S 265 W
Draper, UT 84020

TD Bank, N.A.
Attn: President
2035 Limestone Road
Wilmington, DE 19808

Terminix Processing Center
Acct No 7726
Attn: President
PO Box 802155
Chicago, IL 60680

The Boxoffice Company, LLC
Acct No TI01
Attn: President
63 Copps Hill Rd
Ridgefield, CT 06877

The DBA Zone Inc
Attn: President
3406 Main St, #3043
Homestead, PA 15120

The Hershey Company
Attn: President
19 E. Chocolate Avenue
Hershey, PA 17033

The ICEE Company
Attn: President
265 Mason Road
La Vergne, TN 37086

The Klein Law Firm LLC
Acct No UNKN
1820 Swarthmore Ave #714
Lakewood, NJ 08701

Times & Titles
Attn: President
396 Pettis Ave SE, Suite 200
Ada, MI 49301

Town of New Canaan
Acct No NA
Attn: Finance Department
77 Main Street
New Canaan, CT 06840

Trafalgar Releasing LTD
Attn: President
445 Park Avenue
New York, NY 10022

Travelers Insurance
Attn: President
One Tower Square
Hartford, CT 06183

Troma Entertainment, Inc
36-40 11th Street
Astoria, NY 11106

Ulrich Sign Co., Inc.
177 Oakhurst Street
Lockport, NY 14094

Universal Film Exchanges LLC
Attn: President
100 Universal City Plaza
Universal City, CA 91608

US Foods, Inc.
Attn: President
P.O. Box 602215
Charlotte, NC 28260-2215

Utopia Select LLC
Attn: President
14037 Deltona Drive
Chesterfield, MO 63017

Variance Films, Inc
Attn: President
188 Springfield Avenue
Rutherford, NJ 07070

Versant Media Group Inc.
Attn: President
12180 Millennium Drive, 2nd Floor
Los Angeles, CA 90094

Versant Media Group Inc.
Attn: President
100 Universal City Plaza
Universal City, CA 91608

Vertical Entertainment, LLC
2120 Colorado Avenue, Suite 150
Santa Monica, CA 90404

Vistar
Attn: President
Box Shop Road
Greenfield, MA 01301

Viva Pictures Distribution, LLC
Attn: President
1539 Westwood Blvd
Los Angeles, CA 90024

Walt Disney Studios Motion Pictures
500 South Buena Vista Street
Burbank, CA 91505

Warner Bros. Distributing Inc.
Attn: President
4000 Warner Boulevard
Burbank, CA 91522

Watkins Property Maintenance, Inc.
Attn: President
355 N. Mill St. Ste. 1A
Aspen, CO 81611

Well Go USA, Inc
Attn: President
3801 E. Plano Pkwy, Suite 300
Plano, TX 75074

Wilton Mall Development I, LLC
Attn: President
22 Clifton Country Rd, Suite 79
Clifton Park, NY 12065

WJP Development, LLC as Managing Agent
Attn: President
8 Greenleaf Woods Drive, Suite 200
Portsmouth, NH 03801

Xceptional Communications
Attn: President
16 Sahler Mill Rd
Olivebridge, NY 12461

Yankovich Law, P.C.
Acct No UNKN
2916 Shell Rd
Brooklyn, NY 11224

# United States Bankruptcy Court
## Northern District of New York

In re **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC** Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 22, 2026**
Date

**/s/ Michael Boyle**
**Michael Boyle 519211**
Signature of Attorney or Litigant
Counsel for **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC**

**Boyle Legal LLC**
**64 2nd Street**
**Troy, NY 12180**
**518-407-3121 Fax:518-516-5075**
**mike@boylebankruptcy.com**