**Certificate of Resolution**
**Scene One Entertainment, LLC f/k/a Bow Tie Management LLC**

Joseph Masher, the undersigned, hereby certifies that they are the Managing Member of Scene One Entertainment, LLC f/k/a Bow Tie Management LLC (the "Company"), and that they are duly authorized to execute and deliver this certificate on its behalf.

The undersigned further certifies that the following resolutions were duly adopted at a special meeting of the shareholders held on November 22, 2026;

**NOW, THEREFORE, BE IT RESOLVED,** that the members authorize and direct Joseph Masher, on behalf of the Company, to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the Northern District of New York, on behalf of the Company; and

**BE IT FURTHER RESOLVED,** that Joseph Masher, on behalf of the Company, at such times as may be appropriate or convenient, is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with said bankruptcy proceedings; and

**BE IT FURTHER RESOLVED,** that Joseph Masher, on behalf of the Company is authorized and directed to employ Boyle Legal, LLC, Michael L. Boyle, to represent the Company in said bankruptcy proceedings.

The undersigned further certifies that the foregoing resolutions are in full force and effect on the date hereof as resolutions duly adopted by the members of the Company and have been in

full force and effect at all times subsequent to the adoption, not having been amended, repealed, or modified.

**IN WITNESS WHEREOF,** the undersigned has executed this certificate as of November 22, 2026.

Joseph Masher
Managing Member