UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Scene One Entertainment, LLC f/k/a Bow Tie Management LLC,

Debtor.

Chapter 11
Case No. 26-11388

CERTIFICATION OF MAILING MATRIX OF 20 LARGEST NON-INSIDER UNSECURED CREDITORS

I, the undersigned, Michael L. Boyle, the proposed attorney for Debtor, hereby certifies under penalty of perjury that the mailing matrix annexed hereto contains the 20 largest general unsecured Creditors to the best of my information and belief.

Dated: November 28, 2026

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

**BOYLE LEGAL LLC**

/s/Michael L. Boyle

Michael L. Boyle
*Proposed Attorney for the Debtor and Debtor-in-Possession*
64 2nd Street
Troy, NY 12180
518-782-9100
mike@boylebankruptcy.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A24 Films, LLC<br>Attn: President<br>31 W 27th Street<br>11th Floor<br>New York, NY 10001 | | Unsecured | | | | $67,577.75 |
| Amazon MGM Studios<br>410 Terry Avenue North<br>Seattle, WA 98109 | | Unsecured | | | | $78,403.02 |
| Anthem Bluecross<br>Attn: President<br>PO Box 11792<br>Newark, NJ 07101-4792 | | Unsecured - Insurance Arrears | | | | $56,800.06 |
| App Funding Beta, LLC | | MCA | Contingent<br>Disputed | | | $354,975.00 |
| Benchmark Management Corp<br>Attn: President<br>4053 Maple Road, Suite 200<br>Buffalo, NY 14226 | | Commerical Rental Arrears | | | | $250,000.00 |
| ClearFund Solutions, LLC<br>Attn: President<br>99 Wall Street, Suite 2613<br>New York, NY 10005 | | MCA | Contingent<br>Disputed | | | $500,000.00 |
| Dover Capital LLC<br>Attn: President<br>300 Hunter Ave, Suite 200<br>Saint Louis, MO 63124 | | MCA | Contingent<br>Disputed | | | $557,510.65 |

Debtor **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Line Advance LLC<br>Attn: President<br>99 Wall Street, Suite 2615<br>New York, NY 10005** | | **MCA** | **Contingent<br>Disputed** | | | **$312,589.23** |
| **Focus Features LLC<br>Attn: President<br>100 Universal City Plaza<br>Universal City, CA 91608** | | **Unsecured** | | | | **$170,247.35** |
| **G and G Funding Group LLC** | | **MCA** | **Contingent<br>Disputed** | | | **$380,000.00** |
| **Highland Hill Capital LLC<br>Attn: President<br>1100 Park Central Blvd S, Suite 1200<br>Pompano Beach, FL 33064** | | **MCA** | **Contingent<br>Disputed** | | | **$281,000.00** |
| **Highland Hill Capital LLC<br>Attn: President<br>1100 Park Central Blvd S, Suite 1200<br>Pompano Beach, FL 33064** | | **MCA** | **Contingent<br>Disputed** | | | **$1,055,361.08** |
| **Highland Hill Capital LLC<br>Attn: President<br>1100 Park Central Blvd S, Suite 1200<br>Pompano Beach, FL 33064** | | **MCA** | **Contingent<br>Disputed** | | | **$146,000.00** |
| **Integrity Entertainment Systems<br>3010 Troy Schenectady Road<br>Schenectady, NY 12309** | | **Unsecured** | | | | **$193,025.28** |
| **Meged Funding Group** | | **MCA** | **Contingent<br>Disputed** | | | **$587,186.84** |

Debtor **Scene One Entertainment, LLC f/k/a Bow Tie Management, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Payroll Dynamics Inc.<br>Attn: President<br>35 Arkay Dr Suite 200<br>Hauppauge, NY 11788** | | **Payroll Advances** | | | | **Unknown** |
| **Scotia Holdings, Inc<br>Attn: President<br>220 Harborside Drive<br>Schenectady, NY 12305** | | **Unsecured** | | | | **$55,225.09** |
| **Sony Pictures Releasing Corporation<br>Attn: President<br>10202 West Washington Boulevard<br>Culver City, CA 90232** | | **Unsecured** | | | | **$216,266.36** |
| **Universal Film Exchanges LLC<br>Attn: President<br>100 Universal City Plaza<br>Universal City, CA 91608** | | **Unsecured** | | | | **$585,190.09** |
| **Vistar<br>Attn: President<br>Box Shop Road<br>Greenfield, MA 01301** | | **Unsecured** | | | | **$132,973.12** |