So Ordered.

Signed this 23 day of November, 2026.

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Scene One Entertainment, LLC, f/k/a | Case No. 26-11388 |
| Bow Tie Management LLC, *et al,*[1] | Lead Case |
| | Joint Administration |
| | Being Requested |
| | Case No. 26-11389 |
| | Case No. 26-11390 |
| | Case No. 26-11391 |
| | Case No. 26-11392 |
| | Case No. 26-11393 |
| | Case No. 26-11394 |
| | Case No. 26-11395 |
| | Case No. 26-11396 |
| | Case No. 26-11397 |
| Debtors. | |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and each Debtor's case numbers are: Scene One Entertainment, LLC f/k/a Bow Tie Management LLC (9730, case no. 26-11388); BTC Schenectady, LLC (8547, case no. 26-11389); BTC Theater Management, LLC (7543, case no. 26-11390); Scene One Entertainment Parks, LLC (7786, case no. 26-11391); Scene One Gilford, LLC (9730*, case no. 26-11392); Scene One Greenville, LLC (2654, case no. 26-11393); Scene One Market Arcade, LLC DBA Scene One Market Arcade Cinemas (6830, case no. 26-11394); Scene One New Canaan, LLC (3947, case no. 26-11395); Scene One Spectrum, LLC (1526, case no. 26-11396); and Scene One Wilton, LLC (3876, case no. 26-11397).

*Upon information and belief, Scene One Gilford operated for approximately two years as a d/b/a of Scene One Entertainment, LLC. Scene One Gilford, LLC was formed on or around March 3, 2026. Debtors do not believe a separate EIN was ever procured for Scene One Gilford, LLC.

ORDER SHORTENING TIME OF NOTICE OF HEARING
**PURSUANT TO LOCAL RULE 9013-1(d) AND FRBP 9006(c)**

The Debtors and Debtors-in-Possession, Scene One Entertainment, LLC, et al having applied to this Court ex parte, by and through its proposed attorney, Boyle Legal, LLC, Michael L. Boyle, for an order, pursuant to Local Bankruptcy Rule 9013-5(d) and Federal Rule of Bankruptcy Procedure 9006(c), allowing the hearing on its First Day Motions to be heard on a shortened notice period, setting a ~~telephonic~~ **video** hearing on said Motion**s** to Tuesday, November 24, 2026, at 10:30 a.m.; and PGR

Upon due consideration of the same and good cause appearing therefor; it is hereby

**ORDERED**, that the hearing on the Debtor's First Day Motions shall be heard **via video**, on Tuesday, November 24, 2026, at ~~10:30 a.m.~~ **1:00 p.m.**, ~~in the forenoon~~; and it is further PGR

**ORDERED, the hearing will be held by *video* via Teams ONLY. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register.** PGR

**ORDERED**, that the service of this Order, the First Day Motions, and the Declaration of Joseph Masher in Support of First Day Relief and Petition on the Subchapter V Trustee and the United States Trustee by ECF/email; and on the 20 largest general unsecured creditor matrix by overnight mail, **and all UCC creditors, Executory Contract or Unexpired Lease holders, and any other creditor whose rights may be affected by these motions, by email or overnight mail** on or before November 23, 2026, shall be good and sufficient notice of said hearing; and it is further PGR

**ORDERED**, opposition, if any, will be accepted at the hearing.

###