UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

SCENE ONE ENTERTAINMENT, LLC, f/k/a
BOW TIE MANAGEMENT LLC, *et al*,[1]

Debtors.

Case No. 26-11388-1-pgr
Chapter 11 Subchapter V
(Lead Case)
(Jointly Administered)
Case No. 26-11389
Case No. 26-11390
Case No. 26-11391
Case No. 26-11392
Case No. 26-11393
Case No. 26-11394
Case No. 26-11395
Case No. 26-11396
Case No. 26-11398

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE:** The undersigned appears for the United States Trustee in this case and hereby requests inclusion on the ECF service list.

Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and each Debtor's case numbers are: Scene One Entertainment, LLC f/k/a Bow Tie Management LLC (9730, case no. 26-11388); BTC Schenectady, LLC (8547, case no. 26-11389); BTC Theater Management, LLC (7543, case no. 26-11390); Scene One Entertainment Parks, LLC (7786, case no. 26-11391); Scene One Gilford, LLC (9730*, case no. 26-11392); Scene One Greenville, LLC (2654, case no. 26-11393); Scene One Market Arcade, LLC DBA Scene One Market Arcade Cinemas (6830, case no. 26-11394); Scene One New Canaan, LLC (3947, case no. 26-11395); Scene One Spectrum, LLC (1526, case no. 26-11396); and Scene One Wilton, LLC (3876, case no. 26-11397).

/s/ Harrison E. Strauss
Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATE TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553
Harrison.Strauss@usdoj.gov